UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BLUE STAR CLOTHING CO, INC.,

    Plaintiff,

v.

DOUBLE DRAGON INTERNATIONAL, INC. d/b/a "DDI, INC." and "BACKYARD EXPRESSIONS",

    Defendant.

Civil Action No. 1:16-cv-07778-LAP

ECF CASE

### STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Blue Star Clothing Co, Inc. commenced the above-captioned litigation by filing a Complaint on October 15, 2016;

WHEREAS, Defendant Double Dragon International, Inc. has denied and continues to deny liability for any of the claims asserted in this action; and

WHEREAS, all parties to the above-captioned action agree to discontinue litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel that Pursuant Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed and discontinued without prejudice and without costs to any party.

Respectfully submitted this ___ day of February, 2017,

Laura C. Miller (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300
lamiller@kilpatricktownsend.com

*Counsel for Plaintiff*

Wesley M. Mullen (WM1242)
MULLEN P.C.
200 Park Avenue, Suite 1700
New York, NY 10166
(646) 632-3718
wmullen@mullenpc.com

*Counsel for Defendant*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

2/7/17

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served upon counsel of record by filing it electronically with Court's CM/ECF system.

Dated: February 7, 2017

*/s/ Alberto Garcia*
Alberto Garcia